IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTOPHER A. BOSTON,

 Plaintiff,

v.

GLYNN COUNTY DETENTION CENTER,

 Defendant.

CIVIL ACTION NO.: CV207-131

## ORDER

After an independent review, the undersigned adopts the Report and Recommendation of the Magistrate Judge, to which Objections have been filed. In his Objections, Plaintiff seeks to amend his Complaint by adding the Glynn County Sheriff's Department as a Defendant in this case. For the same reasons the Magistrate Judge found the Glynn County Detention Center is not a proper party Defendant, the Glynn County Sheriff's Department is not a properly named Defendant.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED, this 23 day of Jan., 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)